IRA M. STEINBERG (SBN 273997)
ISteinberg@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:  310-553-3610
Facsimile:   310-553-0687

Attorneys for Defendant MEDVI LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDVI LLC and JOHN DOE,<br><br>Defendants. | Case No. 2:25-cv-11282<br><br>**DEFENDANT MEDVI LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br><br><br>Action Filing Date: November 24, 2025 |

Defendant Medvi LLC ("Medvi") for itself and no other, answers the Complaint filed by Plaintiff Kymberly Starling ("Starling") as follows:

**RESPONSE TO COMPLAINT**

1.      Medvi admits that Plaintiff asserts the claims set forth in the paragraph but denies that the claims have any merit or that Medvi is liable to Plaintiff or the putative class in any amount.

2.      Medvi admits that it markets and sells semaglutides to consumers. Medvi denies the balance of the paragraph on the grounds that it lacks sufficient information to admit or deny who the "John Doe" referenced in the paragraph is or is intended to be.

56508-00003/5978454.1

DEFENDANT'S ANSWER TO
PLAINTIFF'S COMPLAINT
2:25-CV-11282

3. Medvi denies on the grounds that "Defendants" includes a "John Doe" and Medvi lacks sufficient information to admit or deny the identity and conduct of the "John Doe."

4. Denied.

5. The text and legislative history of the TCPA speaks for itself.

6. The text of the TCPA speaks for itself.

7. The text of the TCPA speaks for itself.

8. The text of the TCPA speaks for itself.

9. Medvi lacks sufficient information to admit or deny the request, and for that reason, denies.

10. Medvi lacks sufficient information to admit or deny the request, and for that reason, denies.

11. Denied that Medvi sent any unlawful text messages and thus that Medvi has violated any rights of Plaintiff and the putative class.

12. Admitted that Plaintiff seeks the referenced injunction, denied that Plaintiff and the putative class are entitled to any relief, monetary or injunctive.

13. Medvi lacks sufficient information to admit or deny the request, and for that reason, denies.

14. Admitted.

15. Denied.

16. Medvi lacks sufficient information to admit or deny the request, and for that reason, denies.

17. This paragraph is a legal assertion that Medvi is not required to admit or deny.

18. This paragraph is a legal assertion that Medvi is not required to admit or deny.

/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

56508-00003/5978454.1

2

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT
2:25-CV-11282

19.     Medvi denies that it engaged in any illegal conduct in any jurisdiction. The balance of the paragraph is a legal assertion that Medvi is not required to admit or deny.

20.     Admitted.

21.     Medvi lacks sufficient information to admit or deny the request, and for that reason, denies.

22.     Medvi denies the paragraph on the grounds that it lacks sufficient information to admit or deny who the "John Doe" referenced in the paragraph is or is intended to be.

23.     Medvi denies the paragraph on the grounds that it lacks sufficient information to admit or deny who the "John Doe" referenced in the paragraph is or is intended to be.

24.     Medvi denies the paragraph on the grounds that it lacks sufficient information to admit or deny who the "John Doe" referenced in the paragraph is or is intended to be.

25.     Medvi lacks sufficient information to admit or deny the request, and for that reason, denies.

26.     Medvi lacks sufficient information to admit or deny the request, and for that reason, denies.

27.     Medvi lacks sufficient information to admit or deny the request, and for that reason, denies.

28.     Medvi lacks sufficient information to admit or deny the request, and for that reason, denies.

29.     Denied.

30.     Denied that Plaintiff identifies a class and/or subclass that meets the requirements for certification under FRCP 23.

31.     Denied that Plaintiff identifies a class and/or subclass that meets the requirements for certification under FRCP 23.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT
2:25-CV-11282

32. Denied that Plaintiff identifies a class and/or subclass that meets the requirements for certification under FRCP 23.

33. Denied that Plaintiff identifies a class and/or subclass that meets the requirements for certification under FRCP 23.

34. Denied that Plaintiff identifies a class and/or subclass that meets the requirements for certification under FRCP 23. Further denied that Plaintiff satisfies the typicality requirements to serve as a class representative.

35. Denied that Plaintiff identifies a class and/or subclass that meets the requirements for certification under FRCP 23.

36. Denied that Plaintiff identifies a class and/or subclass that meets the requirements for certification under FRCP 23, including that there are sufficiently common questions of law and fact to satisfy the requirements for class certification under FRCP 23.

37. Denied that Plaintiff identifies a class and/or subclass that meets the requirements for certification under FRCP 23.

38. Medvi incorporates its responses to the preceding allegations as if fully set forth herein.

39. Medvi lacks sufficient information to admit or deny the request, and for that reason, denies.

40. Medvi lacks sufficient information to admit or deny the request, and for that reason, denies, including on the grounds that "Defendants" includes a "John Doe" and Medvi lacks sufficient information to admit or deny the identity and conduct of the "John Doe."

41. Medvi lacks sufficient information to admit or deny the request, and for that reason, denies, including on the grounds that "Defendants" includes a "John Doe" and Medvi lacks sufficient information to admit or deny the identity and conduct of the "John Doe."

42. Denied.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

43. Denied.

44. Denied.

45. Denied that Plaintiff or the putative class are entitled to the requested injunctive relief.

46. Medvi incorporates its responses to the preceding allegations as if fully set forth herein.

47. Denied.

48. Denied that Plaintiff or the putative class are entitled to the requested monetary or injunctive relief.

49. Denied that Plaintiff or the putative class are entitled to the requested monetary or injunctive relief.

50. Medvi incorporates its responses to the preceding allegations as if fully set forth herein.

51. Denied.

52. Texas Business and Commercial Code section 302.101 speaks for itself.

53. Denied that Plaintiff or the putative class are entitled to the requested relief.

## AFFIRMATIVE DEFENSES
## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

54. The Complaint fails to allege the elements of a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Consent)

55. The claims are barred in whole, or in part, to the extent Plaintiff and/or the putative class members gave their express written consent to receive text messages from Medvi.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

56508-00003/5978454.1

5

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT
2:25-CV-11282

**THIRD AFFIRMATIVE DEFENSE**

(**Lack of ATDS**)

56.   The claims are barred in whole, or in part, to the extent the use of an automatic telephone dialer systems is an element of the claim, and no such system was used in the text messaged allegedly sent to Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

(**Lack of Standing**)

57.   The claims are barred in whole, or in part, to the extent Plaintiff has not sustained an injury in fact sufficient to establish standing.

**FIFTH AFFIRMATIVE DEFENSE**

(**Reasonable Procedures in Place**)

58.   The claims are barred in whole, or in part, because Medvi has established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the TCPA and its implementing regulations.

**SIXTH AFFIRMATIVE DEFENSE**

(**Unclean Hands**)

59.   The claims are barred in whole, or in part, to the extent Plaintiff's unclean hands make it inequitable for her to recover on the claims alleged in the Complaint.

**SEVENTH AFFIRMATIVE DEFENSE**

(**Estoppel**)

60.   The claims are barred in whole, or in part, under the doctrine of estoppel.

**EIGHTH AFFIRMATIVE DEFENSE**

(**Waiver**)

61.   The claims are barred in whole, or in part, under the doctrine of waiver.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

## NINTH AFFIRMATIVE DEFENSE

### (Laches)

62.    The claims are barred in whole, or in part, under the doctrine of laches.

## TENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

63.    The claims are barred in whole, or in part, to the extent they are precluded by the applicable statute of limitations.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Medvi LLC prays for the following relief in its favor and against Plaintiff Kymberly Starling:

1.    That Plaintiff takes nothing by way of her complaint;

2.    Awarding Defendant its fees and costs to the extent allowed by law; and

3.    Granting any further relief in Defendant's favor that the Court deems just and proper.

DATED:  February 9, 2026

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: _____
IRA M. STEINBERG (SBN 273997)
Attorneys for Defendant
MEDVI LLC

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

56508-00003/5978454.1

7

DEFENDANT'S ANSWER TO
PLAINTIFF'S COMPLAINT
2:25-CV-11282

## PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of Los Angeles, state of California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 2049 Century Park East, Suite 2600, Los Angeles, California  90067.

On February 9, 2026, I served the document entitled **DEFENDANT MEDVI LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** on the parties:

Mark L. Javitch (CA SBN 323729)          *Attorney for Plaintiff Kymberly*
Javitch Law Office                                   *Starling and the Putative Class*
3 East 3rd Avenue, Suite 200
San Mateo, CA 94401

Telephone: (650) 781-8000
Facsimile: (650) 300-0343
Email: mark@javitchlawoffice.com

☒  **BY CM/ECF:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system for the U.S. District Court, Central District of California. Participants in this case, indicated above, who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules. (Fed. R. Civ. P. Rule 5(b)(2)(E).)

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on February 9, 2026, at Los Angeles, California.

_____
Nancy L. Luis

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

56508-00003/5978454.1

PROOF OF SERVICE
2:25-CV-11282