Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYMBERLY STARLING,<br><br>      Plaintiff,<br><br>      v.<br><br>MEDVI LLC,<br><br>      Defendant. | Case No.:  2:25-cv-11282-SRM-KES<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that KYMBERLY STARLING ("Plaintiff") and

MEDVI LLC, ("Defendant" or together, "Parties"), in the above-captioned case have

reached a settlement on an individual basis. The Parties request that the Court maintain

jurisdiction and set the deadline to complete the settlement within 30 days or by May 8,

2026.

Respectfully submitted,

Dated: April 8, 2026          By:  /s/ Mark L. Javitch
                                           Mark L. Javitch (CA SBN 323729)
                                           Javitch Law Office
                                           3 East 3rd Ave. Ste. 200

San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*